IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DUBIN PAPER CO., <br><br> Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Civil No. 11-7137 (JBS)(KMW) <br><br> **JUDGMENT** |

  This matter having come before the Court upon Plaintiffs' motion for default judgment, filed pursuant to Fed. R. Civ. P. 55(b)(2), [Docket Item 6]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

  IT IS this __**24th**__ day of __**July**__, **2012** hereby

  **ORDERED** that Plaintiffs' motion for default judgment is hereby **GRANTED;** and

  It is further ordered that judgment is hereby entered against Defendant in favor of Plaintiffs in the total amount of $72,953.22, which amount includes: $69,649.14 in unpaid benefit fund

contributions and liquidated damages; $2,887.50 in attorney's fees; and $416.58 in litigation costs.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge